1

2

3

4

5

6                                  **UNITED STATES DISTRICT COURT**

7                                         **DISTRICT OF NEVADA**

8

9

10   FULIN LI,                                      )
                                                    )
11               Petitioner,                        )        2:15-cv-00955-RFB-CWH
                                                    )
12   vs.                                            )        **ORDER**
                                                    )
13   STATE OF NEVADA, *et al.*,                     )
                                                    )
14               Respondents.                       )
     _____ /

15

16        This is a habeas corpus proceeding brought pursuant to 28 U.S.C. § 2254.  The court has

17   reviewed the habeas petition pursuant to Habeas Rule 4.  In accordance with that rule, the court shall

18   order the clerk to serve the petition on the respondents and order the respondents to respond to the

19   petition within a fixed time.

20        A petition for federal habeas corpus should include all claims for relief of which petitioner is

21   aware.  If petitioner fails to include such a claim in his petition, he may be forever barred from seeking

22   federal habeas relief upon that claim.  *See* 28 U.S.C. §2254(b) (successive petitions).  If petitioner is

23   aware of any claim not included in his petition, he should notify the court of that as soon as possible,

24   perhaps by means of a motion to amend his petition to add the claim.

25        **IT THEREFORE IS ORDERED** that the clerk shall ELECTRONICALLY SERVE the petition

26   for writ of habeas corpus (ECF No. 1) and this order on the respondents.

1   **IT FURTHER IS ORDERED** that respondents shall file a response to the petition, including

2   potentially a motion to dismiss, within **thirty (30) days** of service of the petition, with any requests for

3   relief by petitioner by motion otherwise being subject to the normal briefing schedule under the local

4   rules.  **Any response filed shall comply with the remaining provisions below, which are entered**

5   **pursuant to Habeas Rule 4.**

6   **IT FURTHER IS ORDERED** that any procedural defenses raised by respondents in this case

7   shall be raised together in a single consolidated motion to dismiss.  In other words, the court does not

8   wish to address any procedural defenses raised herein either in *seriatum* fashion in multiple successive

9   motions to dismiss or embedded in the answer.  Procedural defenses omitted from such motion to

10  dismiss will be subject to potential waiver.  Respondents shall not file a response in this case that

11  consolidates their procedural defenses, if any, with their response on the merits, except pursuant to 28

12  U.S.C. § 2254(b)(2) as to any unexhausted claims clearly lacking merit.  If respondents do seek dismissal

13  of unexhausted claims under § 2254(b)(2): (a) they shall do so within the single motion to dismiss **not**

14  in the answer; and (b) they shall specifically direct their argument to the standard for dismissal under §

15  2254(b)(2) set forth in *Cassett v. Stewart*, 406 F.3d 614, 623-24 (9th Cir. 2005).  In short, no procedural

16  defenses, including exhaustion, shall be included with the merits in an answer.  All procedural defenses,

17  including exhaustion, instead must be raised by motion to dismiss.

18  **IT FURTHER IS ORDERED** that, in any answer filed on the merits, respondents shall

19  specifically cite to and address the applicable state court written decision and state court record

20  materials, if any, regarding each claim within the response as to that claim.

21  **IT FURTHER IS ORDERED** that petitioner shall have **thirty (30) days** from service of the

22  answer, motion to dismiss, or other response to file a reply or opposition, with any other requests for

23  relief by respondents by motion otherwise being subject to the normal briefing schedule under the local

24  rules.

25  . . .

26

2

1    **IT FURTHER IS ORDERED** that any additional state court record exhibits filed herein by

2  either petitioner or respondents shall be filed with a separate index of exhibits identifying the exhibits

3  by number.  The CM/ECF attachments that are filed further shall be identified by the number or numbers

4  of the exhibits in the attachment.  The hard copy of any additional state court record exhibits shall be

5  forwarded – for this case – to the staff attorneys in **Reno**.

6    Dated this 29th day of May, 2015.

7

8    _____

RICHARD F. BOULWARE, II
9    UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26